**JOSEPH J. NEWMAN, CHAPTER 7 TRUSTEE**
4 Concord Street
Cranford, New Jersey 07016
Tele: (908)276-9371

_____

|  |  |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY CHAPTER 7 |
| **TOWNE INC.** | : Case No.: 09-12804 VFP |
|  | : Hon. Vincent F. Papalia |
| Debtor(s) | : |
| _____X | Hearing Date: None |

_____

**LIST OF UNCLAIMED FUNDS**
_____

1.  Edgar Advertising                                                                    **$1,740.18**
    PO Box 856
    Kings Park   NY   11754


                                                            By:___/s/ Joseph J. Newman_____
                                                                    JOSEPH J. NEWMAN
                                                                    Chapter 7 Trustee

Dated:  June 1, 2015